IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALIDE GROUP, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| HYOSUNG CORPORATION, | : |
| Defendant. | : |

### DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Defendant, Hyosung Corporation, by its undersigned attorneys, hereby makes the following disclosure pursuant to Rule 7.1:

1. Hyosung Corporation has no parent corporation.

2. No publicly held corporation owns 10% or more of Hyosung Corporation's stock.

                                         COZEN O'CONNOR

                                         *[signature]*
                                         Barry M. Klayman (PA #26097)
                                         1201 North Market Street,
                                         Suite 1400
                                         Wilmington, DE 19801
                                         Tel: (302) 295-2035
                                         Fax: (215) 701-2209
                                         E-mail: bklayman@cozen.com
                                         *Attorneys for Defendant*

Dated: May 20, 2010