IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALIDE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYOSUNG CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 10-02392-TON |

FILED
MAY 25 2010
MICHAEL E. KUNZ, Clerk
Dep. Clerk

## STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

The parties hereto, by and through their undersigned attorneys, hereby stipulate and agree, subject to the approval of the Court hereof, that the time within which Defendant must answer, move or otherwise respond to the Complaint is extended until June 15, 2010.

No prior extension has been requested.

_____
Brian E. Appel (ID # 02619)
Jennifer L. Zegel (ID # 209010)
Choi & Associates
7848 Old York Road, Suite 200
Elkins Park, PA  19027
Tel: (215) 782-2200
*Attorneys for Plaintiff*

_____
Barry M. Klayman (ID # 26097)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Tel: (302) 295-2035
*Attorneys for Defendant*

SO ORDERED this 25 day of May, 2010:

_____
                                   J.