IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALIDE GROUP, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 10-02392-TON |
| HYOSUNG CORPORATION, | : |
| Defendant. | : |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE A REPLY BRIEF**

The parties hereto, by and through their undersigned attorneys, hereby stipulate and agree, subject to the approval of the Court hereof, that the time within which Plaintiff must respond to Defendant's Motion to Dismiss, filed on June 15, 2010, is extended until July 21, 2010 and that Defendant may file a reply brief in support of the Motion on or before July 30, 2010.

No prior extension has been requested.

_____
Brian E. Appel (ID # 02619)
Jennifer L. Zegel (ID # 209010)
Choi & Associates
7848 Old York Road, Suite 200
Elkins Park, PA  19027
Tel: (215) 782-2200
*Attorneys for Plaintiff*

_____
Barry M. Klayman (ID # 26097)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Tel: (302) 295-2035
*Attorneys for Defendant*

SO ORDERED this ___ day of _____, 2010:

_____
J.