IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
JUN 28 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | |
|---|---|
| HALIDE GROUP, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 10-02392-TON |
| HYOSUNG CORPORATION, | |
| Defendant. | |

### STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE A REPLY BRIEF

The parties hereto, by and through their undersigned attorneys, hereby stipulate and agree, subject to the approval of the Court hereof, that the time within which Plaintiff must respond to Defendant's Motion to Dismiss, filed on June 15, 2010, is extended until July 21, 2010 and that Defendant may file a reply brief in support of the Motion on or before July 30, 2010.

No prior extension has been requested.

/s/ Brian E. Appel
Brian E. Appel (ID # 02619)
Jennifer L. Zegel (ID # 209010)
Choi & Associates
7848 Old York Road, Suite 200
Elkins Park, PA 19027
Tel: (215) 782-2200
*Attorneys for Plaintiff*

/s/ Barry Klayman
Barry M. Klayman (ID # 26097)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 295-2035
*Attorneys for Defendant*

SO ORDERED this ___ day of June, 2010:

_____
J.