UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HALIDE GROUP, INC.

v.

HYOSUNG CORPORATION

Civil Action No: 10-02392-TON

## DISCLOSURE STATEMENT FORM

Please check one box:

[X] The nongovernmental corporate party, __HALIDE GROUP, INC__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

__July 29, 2010__
Date

__Brian E. Appel__
Signature

Counsel for: __Halide Group, Inc.__

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
 (a)  WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1)  identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
  (2)  states that there is no such corporation.

 (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
  (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2)  promptly file a supplemental statement if any required information changes.