IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HALIDE GROUP, INC. | : | CIVIL ACTION |
| | : | NO. 10-02392 |
| v. | : | |
| | : | |
| HYOSUNG CORPORATION | : | |
| | : | |

## ORDER

AND NOW, this 8th day of November, 2010, upon consideration of plaintiff's first amended motion for a preliminary injunction, defendant's motion to dismiss the second amended complaint in favor of arbitration, and all responses thereto, it is ORDERED that:

1. Plaintiff's first amended motion for a preliminary injunction is DENIED;

2. Defendant's motion to dismiss the second amended complaint in favor of arbitration is GRANTED. Plaintiff's second amended complaint is DISMISSED without prejudice; and

3. Defendant's motion to strike plaintiff's first and second amended complaints is DENIED as moot.

                                                *s/Thomas N. O'Neill, Jr.*
                                              THOMAS N. O'NEILL, JR., J.